UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERMAINE JOSEPH DUNLAP,     ) | |
| )   | |
| Petitioner,    ) | |
| )   | |
| v.    ) | Civil Action No. 1:22-cv-01297 (UNA) |
| )   | |
| UNITED STATES DISTRICT COURT    ) | |
| IN THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| )   | |
| Respondents.    ) | |

### MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* petition for writ of habeas corpus, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. Petitioner is a state prisoner in the custody of the California Department of Corrections and Rehabilitation. Per the petition, he was convicted in the Superior Court of California, San Bernardino.

Petitioner challenges this conviction and sentence, alleging various forms of ineffective assistance of trial counsel. Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Petitioner was convicted and sentenced in California. Therefore, this court lacks jurisdiction over this matter.

Thus, this matter will be dismissed without prejudice. A separate order accompanies this memorandum opinion.

Dated: May 27, 2022

TREVOR N. McFADDEN
United States District Judge